# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR M. CORRAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Deputy Commissioner for<br>Operations of Social Security<br>Administration,<br><br>　　　　Defendant. | Case No. CV 16-2715-JAK (SP)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Defendant has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

//
//
//
//

IT IS THEREFORE ORDERED that Judgment be entered reversing the decision of the Commissioner denying benefits, and remanding this action for further administrative proceedings consistent with the Report.

Dated: September 12, 2018

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE