# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR M. CORRAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Deputy Commissioner for<br>Operations of Social Security<br>Administration,<br><br>　　　　Defendant. | Case No. CV 16-2715-JAK (SP)<br><br>**JUDGMENT** |

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge, and the Report and Recommendation of United States Magistrate Judge.

Dated: September 12, 2018

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE